IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAY A. BLUM; and A.B. (a minor child),<br><br>      Plaintiffs,<br><br>  v.<br><br>SALLY HORTAN PERRY, *et al.*,<br><br>      Defendants. | CIVIL ACTION NO.: 4:19-cv-291 |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's February 13, 2020, Report and Recommendation, (doc. 24), to which Plaintiffs have not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation (doc. 24), as the opinion of the Court and **DISMISSES** Plaintiff A.B. from this case. The Court **DIRECTS** the Clerk of Court to **UPDATE** the case record.

**SO ORDERED**, this 24th day of April, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA