IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAY A. BLUM, <br><br> Plaintiffs, <br><br> v. <br><br> SALLY HORTAN PERRY, <br> UHS OF SAVANNAH, INC, <br> *doing business as* <br> Coastal Harbor Treatment Center, <br> *doing business as* <br> Coastal Behavioral Health Systems, and <br> COASTAL HARBOR HEALTH SYSTEM <br> *doing business as* <br> Coastal Harbor Treatment Center, <br> *doing business as* <br> Coastal Behavioral Health, <br><br> Defendants. | CIVIL ACTION NO.: 4:19-cv-291 |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's April 21, 2021, Report and Recommendation, (doc. 43), to which Blum has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation. For the reasons provided by the Magistrate Judge, this case is **DISMISSED**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 14th day of May, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA