UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JAY A. BLUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-291 |
| | ) | |
| SALLY HORTAN PERRY, | ) | |
| UHS OF SAVANNAH, INC., | ) | |
| *doing business as* | ) | |
| Coastal Harbor Treatment Center | ) | |
| *doing business as* | ) | |
| Coastal Behavioral | ) | |
| Health Systems, and | ) | |
| COASTAL HARBOR | ) | |
| HEALTH SYSTEM | ) | |
| *doing business as* | ) | |
| Coastal Harbor Treatment Center | ) | |
| *doing business as* | ) | |
| Coastal Behavioral Health, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

By Order of February 5, 2021, the Court directed plaintiff to take the required steps to dismiss defendant Perry from this case and to effect service on all remaining defendants—UHS of Savannah, Inc. and Coastal Harbor Health System. Doc. 39. The Court has become aware that plaintiff's address was never updated following the filing of a Notice of

Change of Address and that the address to which the Order was sent is no longer reliable.  Plaintiff is entitled to an opportunity to comply with the Court's Order.  Therefore, the Clerk of Court is **DIRECTED** to forward with this Order, the Order of February 5, 2021. Doc. 39.  Plaintiff is **DIRECTED** to comply with all requirements of that Order relating to the dismissal of Perry and service of all remaining defendants within 30 days of this Order.

    **SO ORDERED**, this 18th day of May, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA