IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAY A. BLUM., <br><br> Plaintiff, <br><br> v. <br><br> SALLY HORTAN PERRY; UHS OF SAVANNAH, INC., doing business as Coastal Harbor Treatment Center, doing business as Coastal Behavioral Health Systems; and COASTAL HARBOR HEALTH SYSTEM, doing business as Coastal Harbor Treatment Center, doing business as Coastal Behavioral Health, <br><br> Defendants. | CIVIL ACTION NO.: 4:19-cv-291 |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's June 30, 2021, Report and Recommendation, (doc. 49), to which plaintiff has not filed an objection. For the following reasons, the Court **ADOPTS** the Report and Recommendation as its opinion.

By Order of February 5, 2021, the Court directed Plaintiff to take all steps required by the Federal Rules of Civil Procedure to dismiss Sally Hortan Perry as a defendant in this case and to effect service on the remaining defendants. (Doc. 39). Due to an administrative error, the Court was unable to confirm that Plaintiff timely received its February 5, 2021, Order and extended the deadline for compliance to June 17, 2021. (Doc. 46). On June 14, 2021, Plaintiff filed a motion to dismiss Perry and Coastal Harbor Health Systems. (Doc. 47). As discussed by the Magistrate Judge in his Report and Recommendation, the motion does not comply with the requirements of

the Federal Rules.  (Doc. 49 at 2–4).  Furthermore, plaintiff has failed to provide proof of service for the remaining defendants.  Fed. R. Civ. P. 4(l).  As plaintiff has failed to serve the defendants and to comply with the Court's Order, dismissal is appropriate.  Fed. R. Civ. P. 4(m) (dismissal is mandatory when a plaintiff failed to timely serve pleadings on defendants); L.R. 41.1(b) (authorizing dismissal of a complaint for lack prosecution where a litigant fails to comply with an order of the Court); see also Link v. Wabash R.R. Co., 370 U.S. 626, 630–31 (1962) (courts have inherent authority to dismiss claims for lack of prosecution).

Therefore, the Report and Recommendation is **ADOPTED** as the opinion of the Court (Doc. 49).  Plaintiff's Complaint is **DISMISSED**.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 20th day of July, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA